**850**

RITA HONIG et al., on Behalf of Themselves and All Other Former Statutory Tenants of the "Barracks", Similarly Situated, Respondents, v. ZACK C. OSIAS et al., Individually and as Copartners under the Name of 357 EAST 71ST STREET COMPANY, et al., Appellants.—

Such amended complaint is to be served within 20 days after the entry of the order hereon. (See memorandum upon companion appeal, *Medvec* v. *333 East 69th St. Corp.*, 14 A D 2d 849.) Settle order on notice. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

JO A. NARCISCO, an Infant, by Her Guardian ad Litem, MICHAEL NARCISCO, et al., Respondents, v. PAUL ROBINSON et al., Appellants.—

The accident was the result of a failure by the defendant driver to negotiate a sharp turn in the road. An issue is presented as to whether the accident resulted from the negligence of the driver or the construction of the highway, or whether it occurred without the fault of the defendant. Concur — Rabin, J. P., Stevens and Steuer, JJ.; McNally and Eager, JJ., dissent and vote to affirm.

LUCILLE PEER, Appellant, v. WILLIAM R. PEER, Respondent.—

In our opinion a new trial is necessary in the interest of eliciting all of the facts — including testimony by the husband — on the issue of the existence or abandonment of the separation agreement. We do not find in the wife's testimony alone — even if deemed denied by the husband who was not subjected to cross-examination — sufficient warrant for a finding that the separation agreement was not abandoned. A proper finding as to the abandonment of the agreement by the acts of the parties should be arrived at only after eliciting all of the facts based on the testimony of both parties. That is especially true here since plaintiff's testimony made out a prima facie case of such abandonment. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ. [20 Misc 2d 878.]

SIDNEY MORROW, Appellant, v. EDWIN SMITH, Doing Business as SMITH'S PARKWAY TENNIS CLUB, Respondent.—

No opinion. Concur — Breitel, J. P., McNally, Stevens, Eager and Steuer, JJ. [22 Misc 2d 564.]

In the Matter of the Estate of BERTHA N. DAIL, Deceased. HAROLD W. DAIL, Appellant; HOWARD F. MURPHY, Respondent.—

opinion. Concur — Breitel, J. P., McNally, Stevens, Eager and Steuer, JJ. [29 Misc 2d 809.]